Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Antwan Shelton, Jr.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTWAN SHELTON, JR.,**<br><br>                              PLAINTIFF,<br><br>**V.**<br><br>**CLEAR CREDIT SOLUTIONS LLC,**<br><br>                              DEFENDANT. | **Case No: 5:14-cv-00994-JFW-E**<br><br>**PROOF OF SERVICE OF SUMMONS** |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. EDCV14-00994-JFW(Ex)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CLEAR CREDIT SOLUTIONS, LLC
was received by me on *(date)* 5/28/14 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ALAINA WHISONANT , who is
designated by law to accept service of process on behalf of *(name of organization)* BRANDYWINE
EXECUTIVE SUITES @ 1:10 PM on *(date)* 5/28/14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/28/14

_____
Server's signature

JOHN A. GARBER - PROCESS SERVER
Printed name and title

230 N. MARKET STREET, WILMINGTON DE 19801
Server's address

Additional information regarding attempted service, etc: