Crosby S. Connolly (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antwan Shelton Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Clear Credit Solutions LLC,<br><br>Defendant. | **Case No: 5:14-CV-00994-JFW-E**<br><br>**NOTICE OF MOTION FOR DEFAULT JUDGMENT AND ATTORNEY'S FEES AND COSTS**<br><br>**NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1(D)1**<br><br>**HON. JOHN F. WALTER**<br><br>**DATE: DECEMBER 15, 2014**<br>**TIME: 1:30 PM**<br>**DEPT.: 16** |

**TO: DEFENDANT THE CLEAR CREDIT SOLUTIONS LLC AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 16, 2014, Antwan Shelton Jr. ("Plaintiff"), through his attorneys of record, will move this Court for a Default Judgment against Defendant Clear Credit Solutions LLC.

This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support, the Declaration of Crosby S. Connolly, Counsel for Plaintiff, and on all papers and records on file herein.

Respectfully submitted,

Dated: November 5, 2014  **HYDE & SWIGART**

By: _s/ Crosby S. Connolly_
Crosby S. Connolly
Attorneys for Plaintiff