**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **EDCV 14-994-JFW (Ex)**                                              Date: March 13, 2015

Title:   Antwan Shelton Jr. -v- Clear Credit Solutions, LLC

---

**PRESENT:**

     **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                                None

**PROCEEDINGS (IN CHAMBERS):**   ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND ATTORNEY'S FEES AND COSTS [filed 1/9/2015; Docket No. 15]

     On January 9, 2015, Plaintiff Antwan Shelton Jr. ("Plaintiff") filed a Motion for Default Judgment and Attorney's Fees and Costs. Defendant Clear Credit Solutions LLC did not file an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for March 16, 2015 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

     Plaintiff's Motion for Default Judgment and Attorney's Fees and Costs is **DENIED** for failure to file a proof of service in accordance with Local Rules 5-3.1.2 and 5-3.2.1.[1] Although Plaintiff represents that "notice has been served on Defendant as required by Rule 55(b)(2)" in the Declaration of Crosby S. Connolly, Plaintiff failed to file a proof of service declaration that includes: (1) the day and manner of service; (2) each person and/or entity served; (3) the title of each document served; and (4) the method of service employed (e.g., personal, mail, substituted, etc.).

---

    [1]Plaintiff also failed to comply with the Court's Standing Order ¶ 5(a) , by noticing his motion "for more than 35 calendar days after service of the motion unless otherwise ordered by the Court." This is Plaintiff's second attempt to obtain a default judgment. The first motion for default judgment was also denied because Plaintiff failed to comply with the Local Rules. If Plaintiff files a third motion for default judgment, Plaintiff's counsel shall file a declaration stating that he has read the Local Rules of the Central District of California, the Court's Standing Order, and the Federal Rules of Civil Procedure and confirming that the motion fully complies with those rules and the Court's Standing Order.

*See* Local Rule 5-3.1.2; *see also* Local Rule 5-3.2.1 ("Individuals who have not appeared in the case in this Court . . . must be served in accordance with F.R.Civ.P. 5, and proof of service on such individuals must be made by declaration in the form required by L.R. 5-3.1.2.").

IT IS SO ORDERED.